UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JERMAINE ANDERSON | CIVIL ACTION NO. 24-cv-1662 |
| VERSUS | JUDGE EDWARDS |
| KAREN JOHNSON ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 16), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED in Chambers, this the 28th day of February, 2025.

*[signature: Jerry Edwards, Jr.]*

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE